IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : CRIMINAL FILE NO. |
| | : |
| v. | : 1:15-CR-394-1-TWT |
| | : |
| ROGELIO TOLEDO BAZA | : |
| also known as | : |
| Marcos Perez Torres, | : |
| | : |
| Defendant. | : |
| _____ | : |

**ORDER**

This is a criminal action.  It is before the Court on the Defendant's Motion to Withdraw [Doc. 83] his Motion to Vacate Sentence [Doc. 73].  The Defendant states that he has decided not to pursue his Motion to Vacate Sentence.  The Defendant's Motion to Withdraw [Doc. 83] is GRANTED, and his Motion to Vacate Sentence [Doc. 73] is DISMISSED without prejudice.

SO ORDERED, this 1 day of June, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge